IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHISN DISTRICT OF ILLINOIS
EASTERN DIVISION

**DOCKETED APR 2 5 2001**

| | |
|---|---|
| MICAHEL RYAN, ) | |
| ) | **01C 2961** |
| Plaintiff, ) | |
| ) | No.: |
| v. ) | **JUDGE GETTLEMAN** |
| ) | **MAGISTRATE JUDGE BOBRICK** |
| Officer MARK HEIN, STAR # 249 ) | |
| and other UNIDENTIFIED ) | |
| police officers individually and as ) | |
| police officers for the Cook County Sheriff's) | |
| Police Department and Maywood Police ) | JURY TRIAL DEMANDED |
| Department and DONALD ALBANESE. ) | |
| ) | |
| Defendants. ) | |

FILED-ED4 01 APR 25 PM 2:29 CLERK U.S. DISTRICT COURT

## COMPLAINT

NOW COMES the Plaintiff, MICHAEL RYAN, by and through his attorney in this regard, GIGI GILBERT, and complaining of Defendants, Officer MARK HEIN STAR # 249 and other unidentified police officers individually and as police officers for the Cook County Sheriff's Police Department and Maywood Police Department and DONALD ALBANESE, states as follows:

### NATURE OF THE CASE

1. This suit arises from the violation of civil rights of Plaintiff, MICHAEL RYAN, during an arrest for the misdemeanor charge of Disorderly Conduct without probable cause and with excessive and/or unreasonable force in violation of Title 42 U.S.C. § 1983.

1

## JURISDICTION

2. This action is brought pursuant to 42 U.S.C. § 1983. Jurisdiction is based upon 28 U.S.C. §§ 1331, 1332, and 1367. This court has pendent jurisdiction over Plaintiff's state law claim. Plaintiff demands trial by jury.

## VENUE

3. The violation of civil rights alleged herein were committed within the Northern District of Illinois to wit: City of Maywood, County of Cook, State of Illinois. This action properly lies in the United States District Court, Northern District of Illinois, Eastern Division.

## PARTIES

4. Plaintiff, MICHAEL RYAN, ("RYAN") is a resident of the City of Westchester, County of Cook, State of Illinois.

5. CITY OF MAYWOOD, ("MAYWOOD") is an Illinois municipal corporation, and owns, operates, manages, directs and controls the Maywood Police Department and Maywood Fire Department which employs the other Defendants.

6. Defendant, MARK HEIN, ("HEIN"), Star # 249 is and at all times relevant hereto was, an officer of the Cook County Sheriff's Police Department and acting under color of state law.

7. Defendant, DONALD ALBANESE, ("ALBANESE") is and at all times relevant hereto was, an employee and/or paramedic of the City of Maywood fire department.

8. Defendants, UNIDENTIFIED POLICE OFFICERS, ("UNIDENTIFIED") are and at all times relevant hereto were, officers of the Cook County Sheriff's Police Department and Maywood Police Departments acting under color of state law.

## COUNT I - VIOLATION OF CIVIL RIGHTS
## FALSE ARREST NO PROBABLE CAUSE

9. On or about April 25, 2000 Plaintiff, RYAN, went to the Cook County Sheriff's Police Department office in Maywood, Illinois to speak to a friend.

10. Defendants, HEIN, a Cook County Sheriff's police officer, and other UNIDENTIFIED Cook County Sheriff's police officers and UNIDENTIFIED Maywood Police officers approached, tackled and arrested RYAN.

11. Defendants, HEIN, without probable cause that RYAN had committed a crime or was in the process of committing a crime, arrested and transported RYAN to the Maywood Police Department and charged him with the misdemeanor offense of Disorderly Conduct.

12. The facts and circumstances within Defendants', knowledge would not lead a reasonable police officer to believe that RYAN was committing the misdemeanor offense of Disorderly Conduct.

13. Defendants were acting under color of state law as members of the Police Department of the City of Maywood and the Cook County Sheriff's Police Department.

14. Defendants intentionally violated RYAN's constitutional right not to be arrested or seized without probable cause in violation of the Fourth Amendment to the Constitution of the United States.

15. Defendants' acts were done with malice and/or reckless indifference to RYAN'S federally protected rights.

16. The misdemeanor charge of Disorderly Conduct was "SOL ed" or dismissed by the Assistant State's Attorney in the Fourth Municipal District courthouse in Maywood, Illinois.

17. As a direct and proximate result of Defendants' actions, RYAN, suffered and continues to suffer serious mental anguish, psychological and emotional distress, and physical pain and suffering, some or all of which may be permanent.

18. As a direct and proximate result of Defendants', actions acting under color of state law, RYAN was deprived of rights, privileges and immunities under the Fourth Amendment to the United States Constitution and the laws of the State of Illinois.

WHEREFORE, Plaintiff, MICHAEL RYAN, prays that this Honorable Court enter a judgment in his favor and against Defendants, OFFICER MARK HEIN STAR # 249, and other UNIDENTIFIED police officers for the following relief:

(a) Compensatory damages in an amount to be determined at trial;

(b) Punitive damages in the amount to be determined at trial;

(c) Reasonable attorney fees and costs; and

(d) Such other and further relief as this court deems reasonable.

### COUNT II - VIOLATION OF FOURTH AMENDMENT
### EXCESSIVE FORCE IN ARREST

1-18. RYAN realleges the allegations contained in paragraphs 1-18 above as if fully set forth as paragraphs 1-18 herein.

19. Under the totality of circumstances at the time of arrest, Defendants HEIN and UNIDENTIFIED officers used greater force than was reasonably necessary to make the arrest of RYAN, in that they grabbed and tackled him with such force as to cause RYAN to sustain multiple injuries including a fractured arm.

20. As a direct and proximate result of Defendants' actions, RYAN suffered and continues to suffer physical pain requiring medical care, and suffered physical and emotional pain and mental anguish some or all of which may be permanent.

21. Defendants, HEIN, and the other UNINDENTIFIED officers acted under color of state law, and intentionally used excessive and/or unreasonable force in effecting RYAN's arrest, in violation of his Fourth Amendment rights under the United States Constitution in violation of 42 U.S.C. sec. 1983.

22. Defendants' acts of using excessive and/or unreasonable force in effecting RYAN's arrest were done with malice and/or reckless indifference to RYAN'S federally protected rights.

WHEREFORE, Plaintiff, MICHAEL RYAN, prays that this Honorable Court enter a judgment in his favor and against Defendants, OFFICER MARK HEIN STAR # 249, and other unidentified police officers for the following relief:

(a) Compensatory damages in an amount to be determined at trial;

(b) Punitive damages in the amount to be determined at trial;

(c) Reasonable attorney fees and costs; and

(d) Such other and further relief as this court deems reasonable.

## COUNT III – <u>PENDENT STATE LAW CLAIM- BATTERY</u>

23. RYAN realleges the allegations contained in paragraphs 1-22 above as if fully set forth as paragraphs 1-22 herein.

24. Defendant, DONALD ALBANESE, a City of Maywood employee, and paramedic for the Maywood Fire Department, responded to the scene and along with MARK HEIN STAR # 249, and the other UNDENTIFIED police officers and battered

RYAN by physically attacking him and forcing him to the ground causing physical pain and bodily harm including a fractured arm.

25. As a direct and proximate result of Defendants' actions, RYAN suffered and continues to suffer physical pain requiring medical care, and suffered physical and emotional pain and mental anguish, some or all of which may be permanent.

WHEREFORE, Plaintiff, MICHAEL RYAN, prays that this Honorable Court enter a judgment in his favor and against Defendants, OFFICER MARK HEIN STAR # 249, DONALD ALBANESE and other UNIDENTIFIED police officers for the following relief:

(a) Compensatory damages in an amount to be determined at trial;

(b) Punitive damages in the amount to be determined at trial;

(c) Costs; and

(d) Such other and further relief as this court deems reasonable.

Respectively Submitted,

By: *Gigi Gilbert*
One of Plaintiff's Attorneys

Gigi Gilbert
Attorney for Plaintiff
220 S. State St., #1015
Chicago, IL 60604
(312) 554-0000
6199394

JS 44
(Rev. 12/96)

*Cat 2*

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Michael Ryan

**DEFENDANTS**
Mark Hein et al.

01C 2961
JUDGE GETTLEMAN
MAGISTRATE JUDGE BOBRICK

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  Cook
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Gigi Gilbert
220 S. State St. #1015
Chicago, IL 60604

ATTORNEYS (IF KNOWN)
Unk.

DOCKETED APR 25 2001
FILED APR 25 PM

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only) (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☒ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

42 USC 1983 Violation of civil rights arrest without probable cause + excessive force

**VII. REQUESTED IN COMPLAINT**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 100,000.00
CHECK YES only if demanded in complaint
JURY DEMAND: ☒ YES ☐ NO

**VIII.** This case ☒ is not a refiling of a previously dismissed action.
☐ is a refiling of case number _____, previously dismissed by Judge _____

DATE  04/25/01

SIGNATURE OF ATTORNEY OF RECORD
Gigi Gilbert

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
Eastern Division

DOCKETED
APR 2 5 2001

01C 2961

In the Matter of

MICHAEL RYAN,
    Plaintiff,
v.
MARK HEIN, STAR # 249, DONALD ALBANESE et. al.

Case Number:

JUDGE GETTLEMAN
MAGISTRATE JUDGE BOBRICK

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Plaintiff MICHAEL RYAN

| (A) | (B) |
|---|---|
| SIGNATURE: *Gigi Gilbert* | SIGNATURE: |
| NAME: Gigi Gilbert | NAME: |
| FIRM: Gigi Gilbert - Attonrey at Law | FIRM: |
| STREET ADDRESS: 220 S. State St., #1015 | STREET ADDRESS: |
| CITY/STATE/ZIP: Chicago, IL 60604 | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: (312) 554-0000 | TELEPHONE NUMBER: |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE): 6199394 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE): |
| MEMBER OF TRIAL BAR? YES ✔ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ✔ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

FILED-ED
01 APR 25 PM 2:26
CLERK U.S. DISTRICT COURT

| (C) | (D) |
|---|---|
| SIGNATURE: | SIGNATURE: |
| NAME: | NAME: |
| FIRM: | FIRM: |
| STREET ADDRESS: | STREET ADDRESS: |
| CITY/STATE/ZIP: | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: | TELEPHONE NUMBER: |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE): | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE): |
| MEMBER OF TRIAL BAR? YES ☐ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |