FILED

MAR 1 8 2002

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHISN DISTRICT OF ILLINOIS
## EASTERN DIVISION

MICAHEL RYAN ,           )
                         )
   Plaintiff,        )
                         )
                         )
v.                       )      No.:   01 C 2961
                         )
MARK HEIN, JAMES MALINOWSKI,  )      Judge Gettleman
FRANK HERNANDEZ,         )
and PETER STANLEY        )      Magistrate Bobrick
individually.            )
                         )
   Defendants.      )

## FIRST AMENDED COMPLAINT

NOW COMES the Plaintiff, MICHAEL RYAN, by and through his attorney in this regard, GIGI GILBERT, and complaining of Defendants, MARK HEIN, JAMES MALINOWSKI, FRANK HERNANDEZ, and PETER STANLEY states as follows:

### NATURE OF THE CASE

1.    This suit arises from the violation of civil rights of Plaintiff, MICHAEL RYAN, during an arrest for the misdemeanor charge of Disorderly Conduct without probable cause and with excessive and/or unreasonable force in violation of Title 42 U.S.C. § 1983.

### JURISDICTION

2.    This action is brought pursuant to 42 U.S.C. § 1983. Jurisdiction is based upon 28 U.S.C. §§ 1331, 1332, and 1367. This court has pendent jurisdiction over Plaintiff's state law claim. Plaintiff demands trial by jury.

### VENUE

1

3.     The violation of civil rights alleged herein were committed within the

Northern District of Illinois to wit: City of Maywood, County of Cook, State of Illinois.

This action properly lies in the United States District Court, Northern District of Illinois,

Eastern Division.

## PARTIES

4.     Plaintiff, MICHAEL RYAN, ("RYAN") is a resident of the City of

Westchester, County of Cook, State of Illinois.

5.     Defendants, MARK HEIN, ("HEIN"), JAMES MALINOWSKI,

("MALINOWSKI"), FRANK HERNANDEZ, ("HERNANDEZ") and PETER

STANLEY ("STANLEY") are and at all times relevant hereto were, officers of the Cook

County Sheriff's Police Department and acting under color of state law.

## COUNT I - VIOLATION OF CIVIL RIGHTS
## FALSE ARREST NO PROBABLE CAUSE

6.     On or about April 25, 2000 Plaintiff, RYAN, went to the Cook County

Sheriff's Police Department office in Maywood, Illinois to speak to a friend.

7.     Defendants, HEIN, HERNANDEZ and STANLEY approached, tackled

and arrested RYAN. MALINOWSKI also approached, tackled and arrested RYAN or as

CHEIF OF POLICE ordered the other Defendants to do so and stood by and watched as

the Defendants followed his commands.

8.     Defendants, HEIN, MALINOWSKI, HERNANDEZ and STANLEY

without probable cause that RYAN had committed a crime or was in the process of

committing a crime, arrested and transported RYAN to the Maywood Police Department

and charged him with the misdemeanor offense of Disorderly Conduct.

9. The facts and circumstances within Defendants', knowledge would not lead a reasonable police officer to believe that RYAN was committing the misdemeanor offense of Disorderly Conduct.

10. Defendants were acting under color of state law as members of the Police Department of the Cook County Sheriff's Police Department.

11. Defendants intentionally violated RYAN's constitutional right not to be arrested or seized without probable cause in violation of the Fourth Amendment to the Constitution of the United States.

12. Defendants' acts were done with malice and/or reckless indifference to RYAN'S federally protected rights.

13. The misdemeanor charge of Disorderly Conduct was "SOL ed" or dismissed by the Assistant State's Attorney in the Fourth Municipal District courthouse in Maywood, Illinois.

14. As a direct and proximate result of Defendants' actions, RYAN, suffered and continues to suffer serious mental anguish, psychological and emotional distress, and physical pain and suffering, some or all of which may be permanent.

15. As a direct and proximate result of Defendants', actions acting under color of state law, RYAN was deprived of rights, privileges and immunities under the Fourth Amendment to the United States Constitution and the laws of the State of Illinois.

WHEREFORE, Plaintiff, MICHAEL RYAN, prays that this Honorable Court enter a judgment in his favor and against Defendants, MARK HEIN, JAMES MALINOWSKI, FRANK HERNANDEZ, and PETER STANLEY for the following relief:

(a)     Compensatory damages in an amount to be determined at trial;

(b)     Punitive damages in the amount to be determined at trial;

(c)     Reasonable attorney fees and costs; and

(d)     Such other and further relief as this court deems reasonable.

## COUNT II - VIOLATION OF FOURTH AMENDMENT
## EXCESSIVE FORCE IN ARREST

1-15.   RYAN realleges the allegations contained in paragraphs 1-15 above as if fully set forth as paragraphs 1-15 herein.

16.     Under the totality of circumstances at the time of arrest, Defendants used greater force than was reasonably necessary to make the arrest of RYAN, in that they grabbed and tackled him with such force as to cause RYAN to sustain multiple injuries including a fractured arm.

17.     As a direct and proximate result of Defendants' actions, RYAN suffered and continues to suffer physical pain requiring medical care, and suffered physical and emotional pain and mental anguish some or all of which may be permanent.

18.     Defendants acted under color of state law, and intentionally used excessive and/or unreasonable force in effecting RYAN's arrest, in violation of his Fourth Amendment rights under the United States Constitution in violation of 42 U.S.C. sec. 1983.

19.     Defendants' acts of using excessive and/or unreasonable force in effecting RYAN's arrest were done with malice and/or reckless indifference to RYAN'S federally protected rights.

WHEREFORE, Plaintiff, MICHAEL RYAN, prays that this Honorable Court enter a judgment in his favor and against Defendants, MARK HEIN, JAMES

MALINOWSKI, FRANK HERNANDEZ, and PETER STANLEY for the following

relief:

    (a)    Compensatory damages in an amount to be determined at trial;

    (b)    Punitive damages in the amount to be determined at trial;

    (c)    Reasonable attorney fees and costs; and

    (d)    Such other and further relief as this court deems reasonable.

Respectively Submitted,

By: _Gigi Gilbert_

One of Plaintiff's Attorneys

Gigi Gilbert
Attorney for Plaintiff
220 S. State St., #1015
Chicago, IL 60604
(312) 554-0000
6199394